**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6957**

─────────────

WILLIE S. MERRIWEATHER,

                                       Plaintiff - Appellant,

        versus

WILLIE L. EAGLETON, Warden, Evans Correctional
Institution; ROBIN CHAVIS, Associate Warden;
ARRON JOINER, Major; Polly PRATT, Caseworker;
FNU NICK, SERGEANT; FNU CHAMPAIGNE, Sergeant;
JAMES GRIFFIN, Investigator; OFFICER FRIDAY;
KENNY GREEN, Captain; WILLIAM D. CATOE,
Commissioner  of  SCDC;  OFFICER  QUICK,
Lieutenant of DHO-SMU lockup; LIEUTENANT G.
VICTOR; D. J. EVANS, Sergeant,

                                     Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Terry L. Wooten, District Judge.
(CA-01-5-9-25)

─────────────

Submitted:  August 29, 2002       Decided:  September 9, 2002

─────────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Willie S. Merriweather, Appellant Pro Se.  Anne Macon Flynn, SOUTH CAROLINA BUDGET AND CONTROL BOARD, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie S. Merriweather appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Merriweather v. Eagleton, No. CA-01-5-9-25 (D.S.C. May 31, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2